192 So. 909

**James STEPHENS, alias, v. STATE.**

**4 Div. 94.**

Supreme Court of Alabama.

Nov. 18, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal withdrawn and dismissed.

192 So. 909

**Margaret D. THETFORD v. Patsy Peoples WAY et al.**

**3 Div. 273.**

Supreme Court of Alabama.

Nov. 14, 1939.

PER CURIAM.

Appeal dismissed on motion of appellant.

192 So. 909

**James THRASHER v. STATE.**

**6 Div. 502.**

Supreme Court of Alabama.

Nov. 18, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal withdrawn and dismissed.

191 So. 926

**Flanders WILLIAMS v. STATE.**

**6 Div. 433.**

Supreme Court of Alabama.

Nov. 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on motion of appellant.

192 So. 909

**S. B. WILLIAMS, Guardian, v. G. W. MARTIN et al.**

**4 Div. 87.**

Supreme Court of Alabama.

Nov. 14, 1939.

Rushton & Rushton, of Montgomery, for appellant.

J. W. Brassell, of Phenix City, and Geo. C. Palmer, of Columbus, Ga., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant.

192 So. 909

**Dan W. WORTHY v. Malissa WORTHY.**

**8 Div. 11.**

Supreme Court of Alabama.

Nov. 23, 1939.

PER CURIAM.

Appeal dismissed on motion of appellant.